NEW YORK,
May, 1823.

THE PEOPLE, *ex. rel.* McFARLAND, *against* THE COMMISSIONERS OF HIGHWAYS, *of the town of* SALEM, *in the county of* WASHINGTON.

THE PEOPLE
v.
THE COM'RS
OF SALEM.

PLEAS, at the *City-Hall of the city of New-York*, before the Justices of the People of the state of *New-York*, of the Supreme Court of Judicature of the same People, of the term of *May*, in the year of our Lord, one thousand eight hundred and twenty.

*State of New-York, Albany County, ss.*— *The People of the state of New-York*, sent to *Asa Fitch, Jonathan Wood* and *Nathaniel Hall*, Esquires, three of the Judges of the Court of Common Pleas of the county of *Washington*, their *writ close*, in these words :

" *The People of the state of New-York, by the grace of God free and independent.* To *Asa Fitch, Jonathan Wood* and *Nathaniel Hall*, Esquires, three of the Judges of the Court of Common Pleas of the county of *Washington* :— Greeting.

We, being willing, for certain causes, to be certified of a certain decision made by you, on a certain appeal of *John McFarland* and *William M. McFarland*, from the determination and decision of the Commissioners of Highways of the town of *Salem*, in the county of *Washington* aforesaid, *in refusing to lay out* a road in said town, and also *in refusing to discontinue* a certain road in the same town, under and by virtue of an act of the legislature of the state of *New-York*, entitled ' *An act to regulate highways*'—We command you, that the said appeal, together with the testimony given, and offered to be given, on the hearing thereof, with your decision thereon, with all things touching and concerning the same, by whatever names the parties thereto are called, before our Justices of our Supreme Court of Judicature, at the *City Hall of the city of New-York*, on the *first Monday of May next*, you send, under your seals, together with this

The *survey*, on laying out a *publick highway*, need not specify the *width*. Proceedings on laying out a road through improved lands, and discontinuing an old road.—— Form of *certificate* to the commissioners Their *refusal*. Petition of appeal. *Reversal* of their decision. *Order to lay out and discontinue*, &c. *Certiorari* to remove appeal. *Return* thereto. *Continuances*, and judgment of *affirmance*.—— Record of the judgment.—— *Alternative mandamus*, to compel the commissioners to lay out and discontinue, &c.

The Judges on reversing the decision of the commissioners, ordered them *to proceed, and lay out and discontinue, &c.* and a *manda-*

*mus* was holden to lie, to compel their *obedience*. An order, on appeal, *that the road be laid out as applied for*, is a sufficient *direction* to the commissioners, to lay it out.

NEW-YORK, writ; that our said Court may further, thereupon, cause to be
May, 1823. done therein, what, of right, ought to be done.—Witness,
THE PEOPLE AMBROSE SPENCER, Esquire, Chief Justice of our Supreme
v. Court of Judicature, at the *Capitol* in the city of *Albany*,
THE COM'RS.
OF SALEM. this *fifteenth* day of *January*, one thousand eight hundred
and twenty.

                              *Fairlie, Bloodgood & Breese*, Clerks.
*Crary & McLean*, Att's.

The Judges aforesaid, to wit, *Asa Fitch, Jonathan Wood*
and *Nathaniel Hall*, Esquires, now here, on the day and at
the place in said writ contained, to wit, on the *first Monday
of May*, in this same term, at the *City Hall of the city of
New-York*, return to the said writ in the words and figures
following, to wit:

The return of     *Washington County, ss.*—By virtue of a writ of the Peo-
the judges set-   ple of the state of New-York, hereunto annexed, and deliv-
ting forth
ered unto us, *Asa Fitch, Jonathan Wood* and *Nathaniel Hall*,
Esquires, three of the Judges of the Court of Common
Pleas, in the county of Washington, in the said writ named,
the decision made by us upon the appeal of *John McFar-
land* and *William M. McFarland*, from the determination and
decision of the Commissioners of Highways of the town of
Salem, in the county of Washington, whereof mention is
made in the said writ, with all things touching the same, or
thereto belonging, to the Justices of the People of the state
of New-York, at the *City Hall in the city of New-York*, at
the day in the said writ mentioned, distinctly and openly, un-
der our seals, WE DO CERTIFY: That, on the 17th day of
*September*, 1819, the petition of *William M. McFarland* and
*John McFarland*, by way of appeal from the doings of the
Commissioners of Highways in the town of *Salem*, in said
county, was delivered to us ; which petition is in the
The petition  words following, to wit :  " To the Honourable *Asa Fitch,
of appeal,     Nathaniel Hall* and *Jonathan Wood*, Esquires, three of the
Judges of the Court of Common Pleas of the county of
*Washington*—The appeal of *John McFarland* and *William
M. McFarland*, of the town of *Salem*, in the county of *Wash-
ington* aforesaid, from the determination and decision of the
Commissioners of Highways of the town of *Salem* aforesaid,

NEW-YORK, May, 1823.

THE PEOPLE v. THE COMR's. OF SALEM.

*in refusing to lay out* a road in said town as follows : ' BEGIN-NING at the northwest corner of a lot of land in the possession of *Abram Rowan*, and running south 45 deg. E. 20 rods ; then south, &c. (*by courses, distances and objects*,) the whole distance supposed by admeasurement to be 426 rods ; said road running through the lands of *Abram Rowan*, passing on the south side of an old house, on said *Rowan's* lot, until it intersects the north line of the farm occupied by the heirs of Capt. *James McFarland*, deceased ; thence through the lands of the said heirs of the said *James*, along the west side of the barn on said farm, so as to strike the west line of said farm, not far from 50 rods from the southwest corner of said last mentioned farm ; then along the said west line, through the lands of *Joshua Steele*, to the said southwest corner ; thence on a southerly course, until it intersects the old road, at or near a small bridge, near the house of *Solomon Heath*, where the said old road turns to go to the house of *David Matthews*.' And your appellants, conceiving themselves aggrieved, by the determination of the said Commissioners, in *refusing to lay out* the said road, and in *not discontinuing* the said old road, as also described, do appeal from such determination, praying your Honours to convene, as soon as may be convenient, and decide such appeal, according to the form of the statute in such case made and provided. Dated Sept. 17th, 1819."

Whereupon we the said Judges met at the said town of Salem, in the said county, according to the prayer of the said petition, on or about the 19th day of October, 1819, and viewed the respective premises in the said appeal set forth, for the purpose of deciding upon such appeal ; at which time and place *William Russell, Aaron Martin* and *Azor Thompson*, Commissioners of highways of said town of *Salem*, appeared before us the said Judges, and proved on their oaths, &c. (*setting forth all the evidence given on the hearing of the appeal—the objections and points of law made by the counsel, with the decision thereof—several petitions—and lastly, the original petition in question, and the decision of the Commissioners thereon, as follows :*)

That, in the month of *September*, another petition of *John McFarland*, and eleven other freeholders of the said town of

Their meeting to consider the appeal ;

NEW-YORK,
May, 1823.

THE PEOPLE
v.
THE COM'RS.
OF SALEM.

The petition
to the com-
missioners of
highways, to
lay out the
new, and dis-
continue the
old road;

*Salem,* upon their oaths, was presented to the said Commis-
sioners ; that the service thereof, on the said *Azor Thomp-
son,* was made by leaving the same with his wife, at his dwel-
ling-house, in the said town, he the said *Azor Thompson* then
being absent from home; which said last mentioned peti-
tion is in the words following, to wit : .

" To the Commissioners of Highways of the town of *Sa-
lem,* in the county of *Washington :*

" The subscribers, being *freeholders* of the said town of
*Salem,* certify, upon their oaths, to the said Commissioners,
that a road is *necessary and proper* to be laid out in the said
town, as follows : beginning at the northwest corner of a lot
of land, in the possession of *Abram Rowan,* and running, &c.
*(by courses, distances and objects, as above, in the petition of
appeal,)* and your petitioners pray, that a road may be laid
out, pursuant to said courses and distances, as above men-
tioned ; and that all that part of the *old road,* running north-
ward, by where the survey intersects the same, at or near the
said small bridge near the house of the said *Solomon Heath,*
until it intersects the road leading from *John McFarland's*
to the house of *David Matthews,* in said town, *be discontin-
ued.* Dated August 25th, 1819."

That but two of the deponents, to wit, *William Russell* and
*Aaron Martin,* having reviewed the road in the said last peti-
tion mentioned, decided on said petition and endorsed said
decision on the same, in the words following :

The decision
of the com-
missioners, en-
dorsed there-
on ; and

" We, the Commissioners of Highways of the town of *Sa-
lem,* have this day viewed the ground, through which the
road mentioned in the within petition is applied for; and we
do disapprove of the application, and refuse to lay out the
said road. September 13, 1819.

<div align="right">

*Aaron Martin,*　⎱
*William Russell,*　⎰ Commissioners."

</div>

That from said last mentioned decision, of *Aaron Martin*
and *William Russell,* the said Commissioners, *John McFar-
land* and *William M. McFarland* appealed to us, three of
the Judges of the Court of Common Pleas in said county
of *Washington,* the petition of appeal wherein is the one
now under consideration, and is set forth at large, first
above, in this return.

(*The Judges then proceed to state, in their return, that they had examined the old road, and the new one in contemplation, and to give their opinion, in relation to several particulars which rendered the* old *road of no publick utility, and the* new *one necessary ; that they adjudged and determined the same to be necessary and proper, and conclude thus :*)

*NEW-YORK, May, 1823.*

*THE PEOPLE v. THE COM'RS, OF SALEM.*

With this view, and under these impressions of duty, imposed upon us by the act, entitled " *An act to regulate highways,*" we, the said Judges, reversed the doings of the said *William Russell* and *Aaron Martin,* Commissioners as aforesaid, and published our decision in relation thereto, by endorsing the same on said last mentioned appeal, which decision is in the words following, to wit : " WE, the undersigned, Judges of the Court of Common Pleas, in and for the county of *Washington,* to whom the appeal of *William M. McFarland* and *John McFarland,* as within stated, is made, having considered and reviewed the said premises, and having heard the proofs and allegations of the respective parties, and after due deliberation had thereon, do order, determine and adjudge, that the said *John McFarland* and *William M. McFarland* were aggrieved by the decision of the Commissioners within named, in *refusing to lay out* said road, in the said petition mentioned ; and, also, in *refusing* to order the old road, therein specified, to be *discontinued.*— And we, therefore, order the decision of the said Commissioners to be, and the same is hereby reversed, pursuant to the provisions of the act in such case made. And we do further order, determine and adjudge, that the prayer of the petitioners, in the said application specified, ought to have been granted ; and, we therefore, order the said *road* to be laid out and opened, according to the survey set forth in the said petition, hereunto annexed ; and we also order the *old road,* in the said petition specified, to be *discontinued.* Dated this 20th of October, 1819.

The decision of the Judges endorsed on the petition of appeal.

Asa Fitch,
Nathaniel Hall,
Jonathan Wood."

NEW-YORK,      In testimony whereof, we have, respectively, to these pre-
May, 1823.     sents affixed our seals, and subscribed our names. Dated

THE PEOPLE     this 12th day of July, 1820.
     v.
THE COM'RS.                                   *Asa Fitch*,         (L. S.)
OF SALEM.                                     *Nathaniel Hall*,    (L. S.)
                                              *Jonathan Wood*,     (L. S.) (a)

Continuance       But because the said Justices, now here, are not yet ad-
of the cause in
this Court by  vised what judgment to give, of and upon the premises
*cur. adv. vult.* aforesaid, a day is given to the parties aforesaid, before the
               said Justices, at the *Capitol in the city of Albany*, on the
               *first Monday* of *August* next, to hear their judgment there-
               on.   At which day and place, last aforesaid, before
               the Justices aforesaid, came the parties aforesaid, by
               their attorneys.  But because, &c. (*continuances by cur.
               adv. vult. to January term*, 1822.)  WHEREUPON, all
               and singular the premises being seen, and by the Court,
               now here, fully understood, and mature deliberation
               being thereupon had, it appears to the said Court, here,
               that there is no error in the proceedings aforesaid; and
               that the decision of the Judges aforesaid, on the appeal
               aforesaid, in ordering the decision of the Commissioners
               aforesaid to be reversed, and in ordering the *road* specified
               in said petition to be *laid out and opened*, according to the
               survey set forth in the said petition, above mentioned, and
               in ordering the *old road*, in the said petition specified, *to be
               discontinued*, was, in all respects, just and proper.  Where-
               fore, the said decision and proceedings of the said Judges,
               ought to be, in all things, *affirmed.*

Judgment of       Therefore, it is considered, that the decision
affirmance.    and proceedings aforesaid, of the Judges afore-
               said, in form aforesaid made, be in all things af-
               firmed, and stand in full force and effect, any
               thing to the contrary, for error assigned, in
               any wise, notwithstanding.

*Judgment signed the 29th day of March, 1822. Estes Howe, Re-corder, &c.*

   (a) In *Lawton* v. *The Commissioners*, &c. (2 *Caines*, 179,) there was an
*assignment of errors*, as in ordinary cases, upon *certiorari* to a Justice's
Court.  In this case there was none.  In England, the proceeding to *quash*
or *affirm* the doings of *inferior magistrates*, seems to be by the summary
proceeding of a rule to shew cause; (*Rex* v. *St. Issey*, *Burr. Sett. Cas.*
826, &c. *Rex* v. *Moor Critchell*, 2 *East*, 66.  *Rex* v. *Oulton*, *Burr. Sett. Cas.*
68,) in such case, of course, no *assignment of errors* is necessary.

At the last *August* term—*Russell*, upon the above proceed-  NEW-YORK,
ings, moved for and obtained, in behalf of the *relators*, a rule  May, 1823.
for a *mandamus* to compel a compliance with the decision of  THE PEOPLE
the Judges.—The *mandamus* was thus :  v.
THE COM'RS.
OF SALEM.

"*The People of the state of New-York, by the Grace of God,*
*free and independent* :—To the *Commissioners of Highways*  The *manda-*
of the town of Salem, Greeting.  *mus* thereon.

" Whereas, in and by a certain act of the legislature of the
said state of New-York, made and passed the 19th day of
March, in the year of our Lord, 1813, entitled ' *An act to*
*regulate highways,*' it is, amongst other things, enacted and
declared, ' that it shall not be lawful for any Commissioners
of highways to lay out any road through *improved* or *culti-*
*vated* land, without the consent of the occupant or owner
thereof, unless upon the application of twelve reputable
freeholders of the town, in which such road shall be laid out,
certifying, upon oath, that such road is necessary and pro-
per ; and that all *publick* roads, to be laid out by the Com-
missioners of any town, shall not be less than four rods
wide ;' and it is further, by the said act, enacted, ' that when-
ever any person or persons, shall conceive himself or them-
selves *aggrieved*, by the determination of the Commissioners
of highways, either in *laying out, altering* or *discontinuing*,
or *in refusing to lay out, alter* or *discontinue* any road, it
shall be lawful for such person or persons, within forty
days thereafter, to appeal to any three of the Judges of the
Court of Common Pleas, for the *county* in which such road
is situated ; whose duty it shall be to convene, as soon as
may be convenient, and decide such appeal ; and their de-
cision, or that of any two of them, shall be conclusive in the
premises :' and whereas it appears to us, and we have been
given to understand in our Court, before our Justices of our
Supreme Court of Judicature, upon the oath of *John Mc-*
*Farland*, that a petition, bearing date the 25*th* day of *Au-*
*gust*, in the year of our Lord, 1819, was duly presented to
the Commissioners of highways of the town of *Salem*, in
the county of *Washington*, and that said petition certified to
said Commissioners, under the oaths of *twelve reputable*
*freeholders* of the said town of *Salem*, that a certain road

NEW-YORK,
·May, 1823.

THE PEOPLE
v.
THE COM'RS.
OF SALEM.

was necessary and proper to be laid out in said town, according to the following metes and bounds, to wit: beginning, &c. (*by courses, &c. as before mentioned, ante, p.* 25,) and that said petition prayed, that a *road might be laid out*, pursuant to said courses and distances, as above mentioned : and that all that part of the *old road*, running northwardly, where the survey intersects the same, at or near the said small bridge, near the house of the said *Solomon Heath*, until it intersects the road, leading from *John McFarland's* to the house of *David Matthews*, in said town, might be discontinued ; and, that two of said Commissioners, by an endorsement on the back of said petition, bearing date the 30*th* day of *September*, 1819, did disapprove of said application, and refuse to lay out the said road : whereupon, the said *John McFarland* and *William M. McFarland*, appealed to three of the Judges of the Court of Common Pleas of the county of Washington, pursuant to the provisions of the said act above mentioned ; and, that three of the said Judges, to wit, *Asa Fitch, Nathaniel Hall* and *Jonathan Wood*, duly proceeded to act on said appeal, according to law ; and that, after viewing the premises and hearing the proofs and allegations of the parties, the said Judges reversed the doings of the said Commissioners, and ordered that the said *new road* be laid out, according to the courses and distances above recited ; and published their decision, by an endorsement on the back of said appeal, in the words and figures following, to wit : (*as before, ante, p.* 27 ;) and whereas it further appears unto us, in our said Court, that the said Commissioners, after the doings of the said Judges as aforesaid, sued out of our said Court, before us, a certain writ of *certiorari*, directed to the said Judges, returnable before our Justices of our said Court, at the *City Hall of the city of New-York*, on the *first Monday* of *May*, 1820 ; and that the said Judges made due return to our said Court, in obedience to the command of said writ of *certiorari ;* and that afterwards, to wit, in the term of *January*, 1822, our said Court, before our said Justices, duly *affirmed*, in all things, the proceedings of the said Judges, as likewise appears of record. And whereas it further appears unto us, that you, the said Commissioners, had due no-

tice of the proceedings of the said Judges of the said Court of Common Pleas of the county of Washington, and of the *affirmance* of the said proceedings, in all things, by our said Court, before our said Justices, and that you have been often requested to *lay out* and *open* said road above mentioned, but that you have, hitherto, wholly refused, and still do absolutely refuse, to *lay out* and *open* said road, to the great damage and grievance of the said *John McFarland*, as, by his complaint, we are informed : Wherefore, the said *John* has besought of us, a fit and proper remedy in this behalf ; and we being willing that those things should be done which are right and proper in this behalf ; DO THEREFORE COMMAND YOU, the said Commissioners, and every of you, firmly enjoining you, that you do, without further delay, forthwith *lay out*, and *cause to be opened*, a certain road in said town of *Salem*, according to the following metes and bounds, that is to say : Beginning, &c. (*courses, &c. as before,*) and that you cause all that part of the old road, (*as before described,*) forthwith to be *discontinued ;* or that you shew cause, why you do not, before our Justices of our Supreme Court of Judicature, at the *Academy, in the town of Utica, in the county of Oneida,* on the *third Monday* of *October next.* And have you then there this writ. Witness, AMBROSE SPENCER, *Esquire,* Chief Justice, at the *Capitol in the city of Albany,* the 17*th* day of *August,* in the year of our Lord, 1822.

<div style="text-align:center">*Fairlie, Bloodgood & Breese,* Clerks."(*a*)</div>

C. L. *Allen,* Att'y.

In their return, the defendants attempted to excuse themselves, by objecting that the *survey,* according to which they were required to act, was *mere right lines* from point to point, but specified no *width* of which the said road should be. They also insisted that the Judges had no power to order *them* to lay out the road ; and, if they possessed this power, yet they had not given any such *direction,* in the order they had made upon the appeal, and they feared that actions of trespass might be brought against them if they proceeded ;

<div style="margin-left:2em">(*a*) Vid. *Rex* v. *College of Physicians,* (5 *Burr.* 2740 *to* 2761,) for the forms and proceedings upon an English *mandamus* to a corporation, with the return thereto.</div>

NEW-YORK, and their apprehension, of such prosecutions, arose from the
May, 1823. decision in 16*th John. Rep.* 61. This return was, at the
THE PEOPLE present term, submitted to the Court, without argument.
v.
PALMER.          *Curia.* The first objection was settled against the defen-
dants, in *Lawton et al.* v. *The Commissioners, &c. of Cam-
bridge,* (2 *Caine's Rep.* 178.) The case of *The People, ex.
rel. Shaut,* v. *Compton et al.* (16 *John. Rep.* 61,) de-
cides, that the Judges may *themselves* lay out the
road. The question as to their power of *ordering* this to be
done *by the Commissioners,* and the propriety of a *manda-
mus* to compel a compliance, was before the Court in
this very cause, at *August* term last, with the other questions
*now* made, and they were then decided *against* the defen-
dants. The Judges directed the road *to be laid out as ap-
plied for.* This direction is *sufficiently explicit,* if any was
necessary. It must be construed according to the *subject
matter ;* and can apply to no persons, other than the *Com-
missioners.*

                    Rule for a *peremptory mandamus.*